| | |
|---|---|
| 1 | **RICHARD P. POINTER, ESQ., SBN: 86630** |
| | HINKLE, JACHIMOWICZ, POINTER & EMANUEL |
| 2 | 2007 W. Hedding Street, Suite 100 |
| | San Jose, Ca 95128 |
| 3 | Telephone:   (408) 246-5500 |
| | Facsimile:    (408) 246-1051 |
| 4 | e-mail:         rpointer@hinklelaw.com |

Attorneys for Defendant
**MARK PLOYHAR**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO: CR-11-00509 DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND (¢) |
| | ) | ORDER FOR MOVING MARCH |
| vs. | ) | 29, 2012 STATUS HEARING, |
| | ) | EXCLUDING TIME FOR MARCH |
| MARK PLOYHAR, | ) | 29, 2012, THROUGH APRIL 19, 2012 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant, Mark Ployhar, through counsel Richard P. Pointer and the United States through Grant Fondo hereby stipulate to the continuance of the status hearing from March 29, 2012, to April 19, 2012, at 9:00 a.m.

    It is agreed between the parties that the following reasons exist for this stipulation:

    (1) Defense counsel is in trial in <u>People vs. Michael Hostia</u>, case number: C1108757.  Also, defense counsel has a hearing in Palo Alto that requires his appearance

    (2) United States Attorney, Grant Fondo, has no objection to having the status conference continued.

---
Stipulation and
aring                                               1

1  The government and defense stipulate that the factors stated above provide a basis for an
2  exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. Section 3161 (h)(7)(B)(iv) in that the
3  ends of justice outweigh the public interest in an earlier trial date.

Respectfully submitted,

Dated: March 26, 2012                /s/ Richard P. Pointer
                                     Richard P. Pointer
                                     Attorney for Mark Ployhar

Dated: March 26, 2012                /s/ Grant Fondo
                                     Grant Fondo
                                     Assistant United States Attorney

### **ORDER OF COURT**

Based upon the stipulation of the parties, and for good cause shown, the Court reschedules the parties' March 29, 2012, status hearing to April 19, 2012 at 9:00 a.m.

THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from March 29, 2012 to April 19, 2012. The court finds, based on the aforementioned reasons, that the ends of justice is served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. section 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

Dated: March ____, 2012

_____
D. LOWELL JENSEN
United States District Judge

