MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK PLOYHAR,<br><br>    Defendant. | No. CR 11-00509 DLJ<br><br>STIPULATION AND []<br>ORDER RESCHEDULING<br>SENTENCING HEARING TO<br>FEBRUARY 14, 2013 |

The United States and defendant Mark Ployhar respectfully request that defendant's sentencing hearing be rescheduled from November 15, 2012, to February 14, 2013, (or other date convenient to the Court), to permit defendant time to submit its findings regarding a computer to Probation, and to permit Probation additional time to finalize the presentence report.

///

///

///

///

///

///

*US v. Ployhar,* CR 11-00509 DLJ
Stipulation and [] Order re Sentencing

| | |
|---|---|
| 1 | The Probation Officer is available on that date. |
| 2 | |
| 3 | DATED: November 13, 2012       MELINDA HAAG |
| | United States Attorney |
| 4 | |
| | /S/ |
| 5 | |
| 6 | _____ |
| | GRANT P. FONDO |
| | Assistant United States Attorney |
| 7 | |
| 8 | |
| | /S/ |
| 9 | |
| | _____ |
| | RICHARD POINTER |
| 10 | Counsel for Defendant |

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the sentencing hearing as to Mark Ployhar Orellana is rescheduled to February 14, 2013, at 9:00 a.m.

IT IS SO ORDERED.

DATED: FFDI DFG

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

*US v. Ployhar,* CR 11-00509 DLJ
Stipulation and [] Order re Sentencing