1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   GRANT P. FONDO (CABN 181530)
    Assistant United States Attorney

5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5035
7       FAX: (408) 535-5066

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
    UNITED STATES OF AMERICA,        )   No.  CR 11-00509 DLJ
14                                    )
              Plaintiff,              )   STIPULATION AND []
15        v.                          )   ORDER RESCHEDULING
                                      )   SENTENCING HEARING TO
16   MARK PLOYHAR,                    )   FEBRUARY 21, 2013
                                      )
17            Defendant.              )
                                      )
18   _____)

19        The United States and defendant Mark Ployhar respectfully request that defendant's

20  sentencing hearing be rescheduled from February 14, 2013, to February 21, 2013, (or other date

21  convenient to the Court).  The request is made to accommodate a recent scheduling conflict for

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

the undersigned Assistant United States Attorney.  The Probation Officer is available on that date.

DATED: December 21, 2012                    MELINDA HAAG
                                            United States Attorney

                                                        /S/
                                            _____
                                            GRANT P. FONDO
                                            Assistant United States Attorney


                                                        /S/
                                            _____
                                            RICHARD POINTER
                                            Counsel for Defendant

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the sentencing hearing as to Mark Ployhar Orellana is rescheduled to February 21, 2013, at 9:00 a.m.

IT IS SO ORDERED.

DATED:   FJ BH                              _____
                                            D. LOWELL JENSEN
                                            UNITED STATES DISTRICT JUDGE