1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:     (408) 246-5500
   Facsimile:     (408) 246-1051
4  E-mail:        rpointer@hinklelaw.com

5
   Attorneys for Defendant
6  **MARK PLOYHAR**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | NO: CR-11-00509 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND () ORDER FOR MOVING MARCH 28, 2012 SENTENCING HEARING TO APRIL 25, 2013 |
| vs. | ) | |
| MARK PLOYHAR, | ) | |
| Defendant. | ) | |

    Defendant, Mark Ployhar, through counsel Richard P. Pointer and the United States through Grant Fondo hereby stipulate to the continuance of the sentencing date March 28, 2013, to April 25, 2013 at 10:00 a.m.

    It is agreed between the parties that the following reasons exist for this stipulation:

    (1) Due to an expected medical emergency (cardiac arrhythmia), Mr. Pointer has been advised to take a week off work.

|   |   |
|---|---|
| Dated: March 21, 2013 | Respectfully submitted,<br><br>/s/ Richard P. Pointer<br>Richard P. Pointer<br>Attorney for Mark Ployhar |
| Dated: March 22, 2013 | /s/ Grant Fondo<br>Grant Fondo<br>Assistant United States Attorney |

**ORDER OF COURT**

Based upon the stipulation of the parties, and for good cause shown, the Court reschedules defendant's March 28, 2013, sentencing hearing to April 25, 2013 at 10:00 a.m.

SO ORDERED.

Dated: March ___, 2013

_____
D. LOWELL JENSEN
United States District Judge