| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | GRANT P. FONDO (CABN 181530)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5035 |
| 7 | FAX: (408) 535-5066 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 11-00509 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION AND [ ] |
| v. | ) ORDER RESCHEDULING |
| | ) SENTENCING HEARING TO MAY 9, |
| MARK PLOYHAR, | ) 2013 |
| Defendant. | ) |

The United States and defendant Mark Ployhar respectfully request that defendant's sentencing hearing be rescheduled from April 25, 2013, to May 9, 2013, at 10:00 a.m., (or other date convenient to the Court). The request is made to permit the parties to discuss and potentially resolve one or more disagreements regarding sentencing enhancements in advance of the defendant's sentencing.

///

///

///

///

*US v. Ployhar,* CR 11-00509 DLJ
Stipulation and [ ] Order re Sentencing

The Probation Officer is available on that date.

DATED: April 23, 2013

MELINDA HAAG
United States Attorney

/S/
_____
GRANT P. FONDO
Assistant United States Attorney

/S/
_____
RICHARD POINTER
Counsel for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the sentencing hearing as to Mark Ployhar is rescheduled to May 9, 2013, at 10:00 a.m.

IT IS SO ORDERED.

DATED: 

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE