1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:   (408) 246-5500
   Facsimile:   (408) 246-1051
4  E-mail:      rpointer@hinklelaw.com

Attorneys for Defendant
**MARK PLOYHAR**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-11-00509 DLJ |
| Plaintiff, | STIPULATION AND () ORDER FOR MOVING MAY 9, 2013 SENTENCING HEARING TO MAY 16, 2013 |
| vs. | |
| MARK PLOYHAR, | |
| Defendant. | |

Defendant, Mark Ployhar, through counsel Richard P. Pointer and the United States through Grant Fondo hereby stipulate to the continuance of the sentencing date May 9, 2013, to May 16, 2013 at 10:00 a.m.

It is agreed between the parties that the following reasons exist for this stipulation:

(1) Defendant received the Government's supplemental Sentencing Memorandum on Tuesday night and parties agree to continue the hearing to allow defendant time to respond to it.

---

Stipulation and ( Order for
Continuance of Sentencing Hearing           1

Respectfully submitted,

Dated: May 8, 2013       /s/ Richard P. Pointer
Richard P. Pointer
Attorney for Mark Ployhar

Dated: May 8, 2013       /s/ Grant Fondo
Grant Fondo
Assistant United States Attorney

## ORDER OF COURT

Based upon the stipulation of the parties, and for good cause shown, the Court reschedules defendant's May 9, 2013, sentencing hearing to May 16, 2013 at 10:00 a.m.

SO ORDERED.

Dated: May ___, 2013       _____
D. LOWELL JENSEN
United States District Judge

Stipulation and ( Order for
Continuance of Sentencing Hearing        2