**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:  (408) 246-5500
Facsimile:  (408) 246-1051
E-mail:  rpointer@hinklelaw.com

Attorneys for Defendant
**MARK PLOYHAR**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARK PLOYHAR,<br><br>    Defendant. | NO: CR-11-00509 DLJ<br><br>STIPULATION AND ()<br>ORDER FOR MOVING MAY<br>16, 2013 SENTENCING HEARING<br>TO JUNE 6, 2013 |

    Defendant, Mark Ployhar, through counsel Richard P. Pointer and the United States through Grant Fondo hereby stipulate to the continuance of the sentencing date May 16, 2013, to June 6, 2013 at 10:00 a.m.

    It is agreed between the parties that the following reasons exist for this stipulation:

    (1) Defense counsel received the Government's Supplemental Sentencing Memorandum on May 7, 2013 and will need to submit said report to defense computer expert, Tony Di Benedetto for

his analysis. Therefore, a continuance of the sentencing hearing is requested for June 6, 2013.

Respectfully submitted,

Dated: May 13, 2013   /s/ Richard P. Pointer
Richard P. Pointer
Attorney for Mark Ployhar

Dated: May 13, 2013   /s/ Grant Fondo
Grant Fondo
Assistant United States Attorney

## **ORDER OF COURT**

Based upon the stipulation of the parties, and for good cause shown, the Court reschedules defendant's May16, 2013, sentencing hearing to June 6, 2013 at 10:00 a.m.

SO ORDERED.

Dated: May FÍ, 2013   _____
D. LOWELL JENSEN
United States District Judge