1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:   (408) 246-5500
   Facsimile:   (408) 246-1051
4  E-mail:      rpointer@hinklelaw.com

5

   Attorneys for Defendant
6  **MARK PLOYHAR**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-11-00509 DLJ |
| Plaintiff, | STIPULATION AND () ORDER FOR MOVING JUNE 6, 2013 SENTENCING HEARING TO JUNE 27, 2013 |
| vs. | |
| MARK PLOYHAR, | |
| Defendant. | |

Defendant, Mark Ployhar, through counsel Richard P. Pointer and the United States through Philip Guentert hereby stipulate to the continuance of the sentencing date June 6, 2013, to June 27, 2013 at 10:00 a.m.

It is agreed between the parties that the following reasons exist for this stipulation:

(1) Defense counsel received Probation Officer Karen Mar's Amended Presentence Investigation Report on May 31, 2013. Defense counsel needs additional time to prepare and file

---

Stipulation and ( Order for
Continuance of Sentencing Hearing          1

a response. Therefore, a continuance of the sentencing hearing is requested to June 27, 2013 at 10:00 a.m.

Respectfully submitted,

Dated: June 4, 2013

/s/ Richard P. Pointer
Richard P. Pointer
Attorney for Mark Ployhar

Dated: June 4, 2013

/s/ Philip Guentert
Philip Guentert
Assistant United States Attorney

**ORDER OF COURT**

Based upon the stipulation of the parties, and for good cause shown, the Court reschedules defendant's June 6, 2013, sentencing hearing to June 27, 2013 at 10:00 a.m.

SO ORDERED.

Dated: June Í , 2013

_____
D. LOWELL JENSEN
United States District Judge